858

No. 189, Misc. WOLFF *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg, and Kirby W. Patterson* for the United States. ▄

No. 190, Misc. CHAVEZ-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Harry D. Steward* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg, Jerome M. Feit,* and *Roger A. Pauley* for the United States. ▄

No. 191, Misc. FELLABAUM *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Ronald L. Gainer* for the United States. ▄

No. 192, Misc. EWING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States. ▄

No. 193, Misc. BINDULSKI *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Conrad J. Marshall* for petitioner.

No. 194, Misc. GREEN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 195, Misc. BLACKWELL *v.* BURKE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 199, Misc. GRANT *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. ▄